Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for National Collegiate Student Loan Trust 2005-3 and NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BARTELL, an individual,<br><br>        Plaintiff,<br>  vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, a Delaware Statutory Trust, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; MICHAEL KAHN, individually and in his official capacity; and NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 14-CV-04238 RS<br><br>Notice of Pendency of Other Action or Proceeding |

Pursuant to Local Civil Rule 3-13 defendants, National Collegiate Student Loan Trust 2005-3 and NCO Financial Systems, Inc., submit this Notice of Pendency of Other Action or Proceeding.

The above-captioned case involves all or a material part of the same subject matter and some of the same parties as the following case: *Bartell v. Electronic Document Processing, Inc. et al,* Case No. 14-cv-05501-EDL (N.D. Cal. Dec. 16, 2014.)  Coordination of the two cases might avoid conflicts, conserve resources and promote an efficient determination of the actions.

Dated: 2/4/14                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Damian P. Richard*
Damian P. Richard
Attorney for Defendants
National Collegiate Student Loan Trust 2005-3
and NCO Financial Systems, Inc.