Damian Patrick Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891; Fax:  619/296-2013
drichard@sessions-law.biz
Attorneys for National Collegiate Student Loan Trust 2005-3 and
NCO Financial Systems, Inc.

Jeffrey William Speights, Esq. (SBN 265206)
PATENEAUDE & FELIX, A.P.C.
4545 Murphy Canyon Road, 3rd Fl.
San Diego, CA 92123
Tel:   858/244-7600; Fax: 585/836-0318
Jeffrey.Speights@pandf.us
Attorneys for Patenaude & Felix, A.P.C. and Michael Kahn

James Anthony Michel, Esq. (SBN 184730)
LAW OFFICE OF JAMES MICHEL
2912 Diamond St., Box 373
San Francisco, CA 94131
Tel:  415/239-4949;  Fax: 415/239-0156
attyjmichel@gmail.com
Attorney for Plaintiff Heather Bartell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BARTELL, an individual,<br><br>              Plaintiff,<br>      vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, a Delaware Statutory Trust, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; MICHAEL KAHN, individually and in his official | Case No.: 14-CV-04238 RS<br><br>STIPULATION TO CONTINUE MEDIATION COMPLETION DATE, AND ~~PROPOSED~~ ORDER<br><br>[Local Rule 6-2] |

capacity; and NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation and DOES 1 through 10, inclusive,

        Defendants.

1. On January 29, 2015, this case was referred to mediation. [Dkt. 34.]

2. On February 11, 2015, Val Hornstein, Esq., was appointed as mediator. [Dkt. 37.]

3. Beginning February 4, 2015, the parties began coordinating in order to schedule mediation.

4. The parties and the mediator were finally able to schedule mediation to occur on August 6, 2015.

5. On June 30, 2015, both counsel and the mediator conducted a pre-mediation telephone conference.

6. The undersigned hereby agree that the date to which mediation must be completed should be continued to August 6, 2015.

7. The mediator concurs with this continuance request.

Dated: June 30, 2015        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                        */s/ Damian P. Richard*
                                        Damian P. Richard
                                        Attorneys for Defendants
                                        National Collegiate Student Loan Trust 2005-3 and NCO Financial Systems, Inc.

Dated: June 30, 2015        LAW OFFICES OF PATENAUDE & FELIX, APC
                                        */s/ Jeffrey W. Speights*
                                        Jeffrey W. Speights
                                        Attorneys for Defendants
                                        Patenaude & Felix, APC and Michael Khan

Dated: June 30, 2015        LAW OFFICE OF JAMES MICHEL
                                        */s/ James A. Michel*
                                        James A. Michel

| | |
|---|---|
| 1 | Attorney for Plaintiff Heather Bartell |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/30/2015

_____
Hon. Richard Seeborg
U.S. District Court Judge