IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Heather Bartell,<br><br>                    Plaintiffs,<br>     v.<br><br>National Collegiate Student Loan Trust 2005-3,<br><br>                    Defendants.<br>_____/ | No. C 14-04238 RS and<br>Related Case C 14-05501 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 21, 2015.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 24, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/7/15

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE