| | |
|---|---|
| 1 | James A. Michel |
| 2 | State Bar No. 184730 |
|   | 2912 Diamond St. #373 |
|   | San Francisco CA 94131 |
| 3 | 415/ 239-4949 |
|   | (Fax 239-0156) |
| 4 | attyjmichel@gmail.com |
| 5 | Attorney for Plaintiff |
|   | HEATHER BARTELL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER BARTELL, an individual, | Case No. 3:14-cv-04238-RS |
| Plaintiff, | |
| v. | STIPULATION WITH PROPOSED ORDER DISMISSING CASE |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, a Delaware Statutory Trust, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; MICHAEL KAHN, individually and in his official capacity; and NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |
| _____/ | |

    Plaintiff HEATHER BARTELL, an individual, by and through her attorney, James A. Michel, and Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 (hereinafter "NCT") and NCO FINANCIAL SYSTEMS, INC. (NCO), by and through their counsel, Damian Richard, and PATENAUDE & FELIX, APC (P&F) and MICHAEL R. BOULANGER, by and through their counsel, June D. Coleman, hereby stipulate to the following:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff against all Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

Signatures follow:

DATED: September 14, 2015                    /s/ Damian P. Richard
DAMIAN P. RICHARD
Sessions Fishman Nathan & Israel LLP
Attorneys for Defendants
NCSLT 2005-3, NCSLT 2007-4 and
NCO FINANCIAL SYSTEMS, INC.

DATED: September 17, 2015                    /s/ June D. Coleman
JUNE D. COLEMAN
Kronick Moskovitz
Tiedemann & Girard, ALC
Attorneys for Defendants
PATENAUDE & FELIX, APC and
MICHAEL R. BOULANGER

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: September 17, 2015                    /s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
HEATHER BARTELL

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: 9/17/15

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE